UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BRYAN PERRY NELSON COVINGTON,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>HAMBLEN COUNTY JAIL,  )<br>TERESA LAWS,  )<br>CHAD HUGHS, and  )<br>ESCOBAR JARNIGAN,  )<br>  )<br>    Defendants.  ) | No.:  2:20-CV-104-TAV-CRW |

## JUDGMENT ORDER

For the reasons set forth in the memorandum and order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum and order that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

   s/ John L. Medearis
    CLERK OF COURT